1  BENJAMIN W. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6
7
8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10
11                                       )        CASE NO. 1:06-CR-00256 AWI
12  UNITED STATES,                       )
                                         )
13            Plaintiff                  )
                                         )        MOTION TO UNSEAL
14       v.                              )        INDICTMENT AND ORDER
                                         )
15  JAVIER ZAMBRANO,                     )
        aka "PELON",                     )
16                                       )
            Defendant.                   )
17                                       )
                                         )
18

19       The United States of America hereby moves this court for an order unsealing the

20  Indictment as to Javier Zambrano, aka "Pelon".

21
22  DATED: October 26, 2010                  Respectfully submitted,

23                                           BENJAMIN W. WAGNER
                                             United States Attorney
24
25                                   By:     /s/ Kevin P. Rooney
                                             KEVIN P. ROONEY
26                                           Assistant U.S. Attorney
27
28

1        IT IS HEREBY ORDERED that the Indictment be unsealed and made public record.

2

3

4   DATED: **10/26/10**

5

6        SANDRA M. SNYDER
         United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28